CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFFREY MITCHELL (CABN 236225)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Fax: (415) 436-6570
Email:  benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

**FILED**

Apr 03 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 23-00428 JST |
| Plaintiff, | **WRIT OF GARNISHMENT PURSUANT TO STIPULATION** |
| v. | |
| GUNJAN AGGARWAL, | **(FINANCIAL ACCOUNTS)** |
| Defendant, | |
| CHARLES SCHWAB & CO., INC., ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, TRANSAMERICA RETIREMENT SOLUTIONS, LLC, AND INTERACTIVE BROKERS, INC., | |
| Garnishees. | |

TO:   Charles Schwab & Co., Inc.
        El Paso Operation Center
        1945 Northwestern Drive
        El Paso, TX 79912

WRIT OF GARNISHMENT
CR 23-00428 JST                                          1

TransAmerica Retirement Solutions, LLC
c/o Legal Order Processing
6400 C St. SW
Cedar Rapids, IA 52499

Interactive Brokers, Inc.
Legal Order Processing
Two Pickwick Plaza
Greenwich, CT 06830

Allianz Life Insurance Company of North America
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT HAS A SUBSTANTIAL, NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant ("Defendant") in this action and whose property is subject to this Writ are as follows:

Gunjan Aggarwal
1030 S Monarch Road
San Ramon, CA 94582
Social Security Number (last four digits): xxx-xx-1306

This Writ has been issued pursuant to a stipulation between the United States of America and Defendant, to enforce the collection of a criminal judgment, which has yet to be entered. A sentencing hearing is scheduled for April 3, 2026.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1.      Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the Stipulation filed in the above referenced case, you must immediately withhold and retain property of the Defendant in which he has a substantial, nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes all IRA and 401(k) plans belonging to Defendant as identified in the Stipulation and currently in your possession.

2.    Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the Defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a.    Whether or not you have in your custody, control, or possession, any property owned by the Defendant in which the Defendant has a substantial nonexempt interest;

    b.    a description of such property and the value of such property;

    c.    a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d.    the amount of the debt you anticipate owing to the Defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

Clerk, United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to both the Defendant and attorney for the United States at the following respective addresses:

Gunjan Aggarwal
c/o Naomi Chung
HICKEY & CHUNG
Pier 9, Suite 100
San Francisco, CA 94111

Benjamin J. Wolinsky
Assistant U.S. Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055

WRIT OF GARNISHMENT
CR 23-00428 JST                                                          3

San Francisco, CA 94102

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the Defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

4.      In accordance with the terms of the stipulation and order, you must liquidate the entirety of the Retirement Plan, and shall pay all liquidated funds to the Clerk, United States District Court, according to the instructions in the order, Attn: Finance Section, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, reference: Gunjan Aggarwal, CR 23-00428 JST.

5.      Although the Defendant is younger than 59 and one-half, to the extent that an "early withdrawal" penalty under 26 U.S.C. § 72(t) would otherwise apply, it should not be applied because the withdrawal described above is for the payment of criminal restitution, which courts treat as equivalent to a tax lien.  *See* 18 U.S.C. § 3613(c) (criminal restitution order is "a lien in favor of the United States on all property and rights to property . . . as if the liability . . . were a liability for a tax . . . ."); 26 U.S.C. § 72(t)(2)(A)(vii) (ten-percent penalty for early withdrawals from qualified retirement plans does not apply to levies pursuant to tax liens); *United States v. Novak*, 476 F.3d 1041, 1062 n. 22 ("Retirement plan distributions to satisfy a tax levy are not subject to the ten-percent penalty tax."); *Murillo v. Commissioner of Internal Revenue*, 1998 WL 6462 (No. 18163-96, U.S. Tax Ct., Jan 12, 1998) (involuntary distributions that were criminally forfeited were not subject to the 10% additional tax on early distributions); *Larotonda v. Commissioner*, 89 T.C. 287, 292 (1987) (additional tax did not apply where the proceeds of such a plan were levied upon).

**IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD REASONABLE ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.**

MARK B. BUSBY,
Clerk of the Court
United States District Court
for the Northern District of California

Dated: _____    0403/2026

By: _____
Jessie Mosley
Deputy Clerk

WRIT OF GARNISHMENT
CR 23-00428 JST                                        5